**Order entered February 4, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00058-CV

### FRISCO MEDICAL CENTER, L.L.P., ET AL., Appellants

### V.

### PAULA CHESTNUT, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07283**

## ORDER

Before the Court is appellants' February 2, 2022 motion requesting an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **March 14, 2022**.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE